```
                                              CLERK'S OFFICE U.S. DIST. COURT
                                                    AT ROANOKE, VA
                                                         FILED
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

FEB 05 2008

JOHN F. CORCORAN, CLERK
BY: /s/ S. Taylor
    DEPUTY CLERK

| | |
|---|---|
| SPENCER L. STACEY,                ) | |
|     Petitioner,                          ) | Civil Action No. 7:08-cv-00059 |
|                                                 ) | |
| v.                                              ) | **FINAL ORDER** |
|                                                 ) | |
| GENE JOHNSON, et al.,            ) | By: Samuel G. Wilson |
|     Respondents.                        ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Stacey's 28 U.S.C. § 2254 petition shall be and hereby is **DISMISSED** without prejudice; all pending motions are **DENIED as MOOT**; and this action shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Memorandum Opinion and accompanying Order to the petitioner.

ENTER: This 5th day of February, 2008.

_____
United States District Judge